**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE OH, Derivatively on Behalf of Herself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br> vs.<br><br>CAROL A. BARTZ, JERRY YANG, ROY BOSTOCK, PATTI HART, SUSAN JAMES, VYOMESH JOSHI, DAVID KENNY, ARTHUR KERN, BRAD SMITH, AND GARY WILSON<br><br>   Defendants,<br> -and-<br>YAHOO! INC.,<br>   Nominal Defendant. | Case No. CV11-03286-CRB<br><br><br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

|   |   |
|---|---|
| 1 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed without prejudice as to all Defendants. |

Dated: September __9, 2011

_____
Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Submitted by:

GLANCY BINKOW & GOLDBERG LLP
EX KANO S. SAMS II
LIONEL Z. GLANCY
MICHAEL GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
BILLY J. BRISCOE
8117 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: 214-706-9314
Fascimile: 214-706-9315

POWERS TAYLOR
PATRICK POWERS
MARK TAYLOR
PEYTON HEALEY
Campbell Centre II
8150 North Central Expy.,
Suite 1575
Dallas, Texas 75206

*Attorneys for Plaintiff Jane Oh*

[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE
- 1 -